148 So.2d 656

**Ex parte Calvin J. COFIELD.**

**8 Div. 878.**

Court of Appeals of Alabama.

Nov. 6, 1962.

Rehearing Denied Jan. 8, 1963.

Calvin J. Cofield, pro se.

MacDonald Gallion, Atty. Gen., and Winston Huddleston, Sp. Asst. Atty. Gen., for the State.

CATES, Judge.

Cofield heretofore appealed a judgment of guilty of assaulting his own thirteen year old daughter with intent to rape her. The opinion of Harwood, P. J., is found in ante, p. 469, 136 So.2d 897.

Now he has filed an application for leave to petition the trial court for coram nobis.

The application contains no sworn averment that Cofield is innocent nor that any of the matters complained of were such

that, on correction, the judgment would have been prevented.

The State's motion to dismiss is well taken—notably grounds 1 and 8—though we do not overlook the others as apt. No good would come of writing more.

Motion granted; application to petition the Circuit Court of Franklin County for writ of error coram nobis is

Dismissed.